UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR17-0203-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| DARRYL KILGORE, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This minute order acknowledges the Court's receipt of a letter of support for Defendant Darryl Kilgore, dated December 20, 2017 and attached hereto. The Clerk of the Court is DIRECTED to docket the attached letter.

DATED this 2nd day of January 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

James Mitchell
4106 9th Ave
Los Angeles, CA. 90008
Ph# (213) 610-0585



December 20, 2017

Hon John C. Coughenour
700 Stewart Street, suite 16229
Seattle, WA. 98101 9906

Re: United States v. Shelburne et al
    Case No.2:2017cr00201

Dear Judge Coughenour

I am writing on behalf of Darryl Kilgore who will be before you in your court room. I want to appeal to you regarding Darryl, I have known him sense the 1970's. I would like to express to you Darryl is a good person and I personally witness Darryl helping and supporting people that even I questioned .One day three years ago, he ran into to me and we talked about Real Estate, and I told him this is a good business to get in, and that I was already in the Business, so I begin to teach him about Real Estate  He was such a fast learner even I began to learn some things from him. I can only tell you that he told me that this is what he wanted to do.
In conclusion: He may have been involved in some illegal business because of what ever the reason may be. He was trying to work and be a good law abiding person. I pray and ask you to be merciful to him in this present case that is before you.

Sincerely, *James Mitchell*

James Mitchell/ Manager of Real Estate

James Mitchell
4106 9th Ave
Los Angeles, CA 90008



LOS ANGELES CA 900
20 DEC 2017 PM 3 L

Hon, John C. Coughenour
700 Stewart Street, Suite 16229
Seattle, WA, 98101 9904
RE: Case No, 2:2017ER00201

98101-445454