UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br><br>    v.<br><br>DARRYL KILGORE,<br><br>                       Defendant. | CASE NO. CR17-203 JCC<br><br>**ORDER GRANTING MOTION TO APPOINT CO-COUNSEL** |

The Court GRANTS defendant's third motion for appointment of co-counsel, Dkt. 256, and ORDERS: Attorney Stephan Illa is appointed as associate counsel under the Criminal Justice Act. The clerk shall provide a copy of the order to the Criminal Justice Act Coordinator, to all counsel and to the assigned District Judge.

DATED this 14th day of January, 2020.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER GRANTING MOTION TO APPOINT
CO-COUNSEL - 1