THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR17-0203-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| DARRYL KILGORE, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Government's unopposed motion to extend the briefing schedule for Defendant's motion to dismiss the indictment (Dkt. No. 282). The Court, having thoroughly considered the motion and the relevant record and finding good cause, hereby GRANTS the motion. The Government must file its response no later than May 15, 2020. Defendant must file his reply, if any, no later than May 22, 2020. The Clerk is DIRECTED to renote Defendant's pending motion to dismiss the indictment (Dkt. No. 281) to May 22, 2020.

DATED this 8th day of May 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
CR17-0203-JCC
PAGE - 1