THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DARRYL KILGORE,<br><br>  Defendant. | CASE NO. CR17-0203-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's unopposed motion to extend the deadline for him to file a reply in support of his motion to dismiss the indictment (Dkt. No. 287). Having thoroughly considered the motion and the relevant record and finding good cause, the Court hereby GRANTS the motion. Defendant shall file his reply in support of his motion to dismiss the indictment no later than May 29, 2020. The Clerk is DIRECTED to renote Defendant's motion to dismiss the indictment (Dkt. No. 281) to May 29, 2020.

DATED this 21st day of May 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk