THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR17-0203-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| DARRYL KILGORE, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motion to set a case schedule (Dkt. No. 301). The Court previously vacated the trial date and set the matter for a status conference on August 4, 2020, at which the parties must propose a new trial date and pretrial orders deadline. (Dkt. No. 292 at 2.) Defendant now moves for entry of a case schedule based on an unspecified trial date. (*See* Dkt. Nos. 301, 301-1.) The Government opposes the motion, arguing that entry of a case schedule prior to setting a trial date is premature and that "a number of the proposed deadlines are overly burdensome, impose additional legal obligations on the government, and contravene the local rules." (Dkt. No. 303 at 1–2.) Given the impracticality of setting a case schedule absent a trial date and the Government's likely objections to Defendant's proposed case schedule, Defendant's motion is DENIED. The parties may propose a stipulated

MINUTE ORDER
CR17-0203-JCC
PAGE - 1

1  case schedule at the August 4, 2020 status conference or Defendant may renew his motion for
2  entry of a case schedule following the status conference.
3       DATED this 13th day of July 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
CR17-0203-JCC
PAGE - 2