THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR17-0203-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| DARRYL KILGORE, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's unopposed motion to renote his pending motion to compel and to set a briefing schedule (Dkt. No. 311). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion and ORDERS as follows:

1. The Clerk is DIRECTED to renote Defendant's motion to compel (Dkt. No. 309) to August 21, 2020;

2. The Government must file its response to Defendant's motion to compel no later than August 18, 2020; and

3. Defendant must file his reply to the Government's response no later than August 21, 2020.

DATED this 13th day of August 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
