UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARYL KILGORE,<br><br>Defendant. | No. CR17-0203-JCC<br><br>ORDER ESTABLISHING NEW MOTIONS DEADLINE<br><br>[CLERK'S ACTION REQUIRED] |

THIS MATTER having come before the Court on the motion of defendant, through his attorney Jeffrey L. Kradel, and the Government agreeing, and the Court having determined that ends of justice would be served by granting this agreed motion to reset the motions cutoff deadline. It is hereby ORDERED:

The pretrial motions deadline is reset to December 22, 2020. Any response shall be due no later than January 11, 2021.

DATED this 16th day of December 2020.

*/s/ John C. Coughenour*

The Honorable John C. Coughenour
UNITED STATES DISTRICT COURT JUDGE

ORDER ESTABLISHING NEW
MOTIONS DEADLINE- 1

KRADEL DEFENSE PLLC
1001 4TH AVE., SUITE 4050
SEATTLE, WA 98154