THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>DARYL KILGORE<br><br>                    Defendant. | CASE NO. CR17-0203-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's request for an extension of time to file reply briefs (Dkt. No. 352). Defendant's motion is GRANTED. Defendant shall file his reply briefs by January 25, 2021. The Clerk is DIRECTED to renote Defendant's motions (Dkt. Nos. 345, 346) to January 25, 2021.

DATED this 15th day of January 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER, C17-0203-JCC
PAGE - 1