THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DARRYL KILGORE,<br><br>    Defendant. | CASE NO. CR17-0203-JCC<br><br>ORDER |

This matter comes before the Court on the parties' stipulated motion to proceed with Defendant Darryl Kilgore's change of plea hearing by video conference (Dkt. No. 364). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion for the reasons explained herein.

Defendant was originally indicted for Conspiracy to Commit Bank Fraud, Conspiracy, Bank Fraud, Aggravated Identity Theft, and Money Laundering Conspiracy. (Dkt. No. 48.) The Government has since filed a superseding information containing allegations directed solely toward the crime of conspiracy (Dkt. No. 362.) Defendant has been detained pending trial since his July 2017 arrest. (*See* Dkt. No. 38.) The parties indicate they now agree that a time served sentence is appropriate. (Dkt. No. 364 at 2.) Accordingly, Defendant would like to plead guilty now and proceed with the change of plea hearing by video conference. (*Id.*)

While in-person proceedings in the courthouse have begun to increase, the Court is still

ORDER
CR17-0203-JCC
PAGE - 1

strictly limiting the number of proceedings that can occur concurrently and the number of people who can attend those proceedings. *See* W.D. Wash. General Order 04-21 at 2. With limited exceptions, in-person hearings will not resume until June 30, 2021. *Id.* Given the circumstances, delaying Defendant's plea hearing until it can be held in person would cause serious harm to the interests of justice. *See* W.D. Wash. General Orders 04-20, 09-20, 14-20, 17-20, 06-21.

For the foregoing reasons, the Court GRANTS the parties' motion to proceed with Defendant's change of plea hearing by video conference (Dkt. No. 364) and ORDERS that his plea hearing be scheduled before a Magistrate Judge as soon as practicable and be conducted by video conference.

DATED this 2nd day of June 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR17-0203-JCC
PAGE - 2