THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

UNITED STATES OF AMERICA,

                 Plaintiff,

   v.

DARRYL KILGORE,

                 Defendant.

CASE NO. CR17-0203-JCC

ORDER

10
11
12
13
14

15
16
17
18

     This matter comes before the Court on Defendant's unopposed motion to maintain under seal an exhibit to his sentencing memorandum (Dkt. No. 379). Having thoroughly considered Defendant's briefing and the relevant record, the Court hereby GRANTS the motion for the reasons explained herein.

19
20
21
22
23
24
25
26

     "There is a strong presumption of public access to the court's files." W.D. Wash. Local Civ. R. 5(g). To overcome that presumption, a party must show "good cause" for sealing a document attached to a non-dispositive motion and "compelling reasons" to seal a document attached to a dispositive motion. *See Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1178-81 (9th Cir. 2006). The Court need not decide whether Defendant's sentencing memorandum is a dispositive motion because it FINDS that Defendant has a compelling interest in maintaining the information contained in Exhibit 2 (Dkt. No. 380) under seal and that interest outweighs the public's interest in its disclosure. *See Karpenski v. Am. Gen. Life Cos., LLC*, 2013

WL 5588312, slip. op. at 1 (W.D. Wash. 2013).

For the foregoing reasons, the Court GRANTS Defendant's motion to seal (Dkt. No. 379) and DIRECTS the Clerk to maintain Docket Number 380 under seal.

DATED this 3rd day of September 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR17-0203-JCC
PAGE - 2