The Hon. John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DARRYL KILGORE (a/k/a BRIAN BURNETT), <br><br> Defendant. | No. CR17-203-JCC-2 <br><br> [~~PROPOSED~~] <br><br> **FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture ("Motion") for the following property ("Subject Property"):

1. $68,211.18 in funds seized on or about July 25, 2017, by the United States Secret Service, from Bank of America account number XXXXXXXX9392, held in the name of DEK Group LLC; and

2. One cashier's check in the amount of $265,704.95, seized on or about August 30, 2017, by the United States Secret Service, which represents 100% of the interest of DEK Group LLC in the proceeds of the sale of the real property located at 101 West Hermosa Drive, San Gabriel, California 91775.

Final Order of Forfeiture - 1
*United States v. Darryl Kilgore,* CR17-203-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate because:

- On June 3, 2021, Defendant entered a plea of guilty to Conspiracy to Commit Bank Fraud, as charged in Count 1 of the Superseding Information, in violation of 18 U.S.C. § 371 (Dkt. Nos. 362, 369);

- In his Plea Agreement, Defendant agreed to forfeit his interest in all property constituting or derived from proceeds traceable to the offense, including the Subject Property, pursuant to 18 U.S.C. § 982(a)(2)(A), by way of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) (Dkt. No. 369);

- On August 20, 2021, the Court entered a Preliminary Order of Forfeiture finding the Subject Property forfeitable pursuant to 18 U.S.C. § 982(a)(2)(A), by way of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c),[1] and forfeiting the Defendant's interest in it (Dkt. No. 376);

- Thereafter, the United States published notice of the pending forfeitures as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C) (Dkt. No. 392) and provided direct notice to a potential claimant as required by Fed. R. Crim. P. 32.2(b)(6)(A) (*see* Declaration of AUSA Krista K. Bush in Support of Motion for a Final Order of Forfeiture, ¶ 2, Exhibit A); and,

- The time for filing third-party claims has expired, and none were filed.

//

//

---

[1] The Preliminary Order of Forfeiture contains a typographical error: "21 U.S.C. § 2461(c)" should read "28 U.S.C. § 2461(c)."

Final Order of Forfeiture - 2
*United States v. Darryl Kilgore,* CR17-203-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the Subject Property exists in any party other than the United States;

2. The property is fully and finally condemned and forfeited, in its entirety, to the United States;

3. The United States Department of Treasury and/or their representatives, are authorized to dispose of the property as permitted by governing law; and

4. The Court will retain jurisdiction for the purpose of enforcing the Orders of Forfeiture as necessary pursuant to Federal Rule of Criminal Procedure 32.2(e).

IT IS SO ORDERED.

DATED this 10th day of February 2023.

*John C. Coughenour signature*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented by:

 *s/ Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-2242
Fax: (206) 553-6934
Krista.Bush@usdoj.gov

Final Order of Forfeiture - 3
*United States v. Darryl Kilgore,* CR17-203-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970